IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:06CV00368

HEATHER MICHELLE HORNE, Administratrix of the Estate of Zachary Clifton Horne, Deceased,

    Plaintiff

vs.

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant.

**ORDER ALLOWING *PRO HAC VICE* ADMISSION OF COUNSEL**

Upon the Motion of Defendant, Novartis Pharmaceuticals Corporation, to allow the *pro hac vice* admission of Susan P. McWilliams as its counsel in this action, and it appearing to the Court that Ms. McWilliams is a member in good standing of the Bar of the Supreme Court of the United States and the Supreme Court of South Carolina, that she will be appearing in this action in association with a member in good standing of the Bar of this Court, and that the required admission fee of $100 has been paid to the Clerk of Court, and that, therefore, the Motion should be granted.

NOW, THEREFORE, it is hereby ORDERED that the Motion of Defendant, Novartis Pharmaceuticals Corporation, to allow the *pro hac vice* admission of Susan P. McWilliams as its counsel in this action is hereby granted.

SO ORDERED.        Signed: September 21, 2006

_____
Carl Horn, III
United States Magistrate Judge



NPGBO1:715365.1-OD-(PPAPPAS) 031489-00012