IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV368-C

| | |
|---|---|
| HEATHER MICHELLE HORNE, Administratix of the Estate of Zachary Clifton Horne, Deceased, ) ) ) Plaintiff, ) ) v. ) NOVARTIS PHARMACEUTICALS CORPORATION, ) ) ) Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's "Motion For Admission Pro Hac Vice" (document #21), filed on October 25, 2006, requesting admission of Attorney George Richard DiGiorgio. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: October 25, 2006

_____
Carl Horn, III
United States Magistrate Judge