IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV368-C

HEATHER MICHELLE HORNE, Administratix )
of the Estate of Zachary Clifton Horne, Deceased, )
)
Plaintiff, )
)
v. ) **O R D E R**
)
NOVARTIS PHARMACEUTICALS )
CORPORATION, )
)
Defendant. )
)

**THIS MATTER** is before the Court on Plaintiff's "Motion For Admission Pro Hac Vice" (document #20), filed on October 25, 2006, requesting admission of Attorney Leila H. Watson. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: October 25, 2006

Carl Horn, III
United States Magistrate Judge