# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:06cv368

| | |
|---|---|
| **HEATHER MICHELLE HORNE,** )<br>**Administratrix of the Estate of** )<br>**Zachary Clifton Horne, Deceased,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**NOVARTIS PHARMACEUTICALS** )<br>**CORPORATION,** )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's Motion to File Additional Authorities on Objections to Magistrate's Order nad the Defendant's Response thereto.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to File Additional Case Authorities on Objections to Magistrate's Order is **ALLOWED**.

**IT IS SO ORDERED**.

Signed: March 25, 2008

Martin Reidinger
United States District Judge